IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| MAGNUM MAGNETICS CORP., | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2024-1164 |
| | ) | |
| UNITED STATES, | ) | |
| FASTENERS FOR RETAIL, INC. | ) | |
| d/b/a SIFFRON, | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

## NOTICE OF SUBSTITUTION

Pursuant to Rule 47.3(c) of the Federal Circuit Rules, defendant-appellant, the United States, respectfully provides this notice of the substitution of principal counsel, Daniel F. Roland, from the above-captioned matter.  Undersigned counsel, Christopher A. Berridge, will replace Mr. Roland as principal counsel for the defendant-appellant, the United States, contemporaneously with the filing of this notice.

Respectfully submitted,


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ CLAUDIA BURKE
Claudia Burke
Deputy Director

/s/ Christopher A. Berridge
CHRISTOPHER A. BERRIDGE
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-0537
Email: Christopher.Berridge@usdoj.gov

January 3, 2024                    Attorneys for Defendant-Appellant