IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

MAGNUM MAGNETICS CORP.,

    Plaintiff-Appellant,

v.

UNITED STATES,

   and

FASTENERS FOR RETAIL, INC.
d/b/a SIFFRON,

    Defendants-Appellees.

Case No. 2024-1164

NOTICE OF WITHDRAWL OF ATTORNEY

    Pursuant to Federal Circuit Rule 47.3, I respectfully notice my withdrawal as counsel for the plaintiff-appellant in this action. I have departed Squire Patton Boggs (US) LLP as of the date of this notice and will not take further part in this litigation.
    The plaintiff-appellant will continue to be represented by other attorneys from Squire Patton Boggs (US) LLP that have entered appearances in this proceeding.

Dated: September 25, 2024

    Respectfully submitted,

    /s/ Christopher D. Clark
    Christopher Denison Clark
    SQUIRE PATTON BOGGS (US) LLP
    2550 M Street, NW
    Washington, DC 20037
    (202) 457-6000
    christopher.clark@squirepb.com