NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAGNUM MAGNETICS CORP.,**
*Plaintiff-Appellant*

v.

**UNITED STATES, FASTENERS FOR RETAIL, INC., DBA SIFFRON,**
*Defendants-Appellees*

---

2024-1164

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00254-JCG, Judge Jennifer Choe-Groves.

---

## O R D E R

Fasteners for Retail, Inc. filed an entry of appearance for William Marshall to appear in the above-captioned appeal and subsequently filed a certificate of interest. The Clerk of Court found the entry of appearance to be non-compliant. Pursuant to the Clerk's notice of non-compliance, failure to timely file a corrected version may result in the document being stricken. As Fasteners for Retail, Inc. has failed to timely respond to the Clerk's notice,

IT IS ORDERED THAT:

      The entry of appearance and the certificate of interest are stricken.

FOR THE COURT

<u>January 3, 2025</u>
Date

Jarrett B. Perlow
Clerk of Court